UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

SABRINA ALBERG

    v.                            Civil No. 17-cv-79-AJ

FOSS MOTORS, INC.

### MEDIATION REPORT

The parties successfully resolved the case at mediation held on December 4, 2018.  An appropriate agreement for entry of judgment or stipulation for dismissal is to be filed within thirty (30) days.  L.R. 41.1.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: December 12, 2018

cc:  H. Jonathan Meyer, Esq.
     Daniel P. Schwarz, Esq
     K. Joshua Scott, Esq.